# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145411

LOWRY HOLDING COMPANY, INC., d/b/a
LOWRY COMPUTER PRODUCTS, INC., and
MICHAEL LOWRY,
      Plaintiffs-Appellees,

v

                                                  SC: 145411
                                                  COA: 303694
                                                  Livingston CC:  09-024626-CK

GEROCO TECH HOLDING CORP.,
GEROCO TECH INTERNATIONAL CORP., and
CARL CORLLEY,
      Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the May 24, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012

                                                                    Clerk

s1015